UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAUL SAMPSON § § § | CIVIL ACTION NO. 4:25-cv-01760 |
| Plaintiff § § | |
| VS. § § | |
| HERNANDEZ BLANKETS, INC. § § | |
| Defendant § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: July 9, 2025                    Respectfully submitted,

                                       LAW OFFICES OF R. BRUCE THARPE
                                       PO Box 101
                                       Olmito, Texas 78575
                                       (956) 255-5111
                                       (866) 599-2596 - Fax

BY:     */S/  R. Bruce Tharpe*
        R. Bruce Tharpe
        Texas State Bar ID No. 19823800
        Federal Bar ID 13098
        PLAINTIFF'S COUNSEL

BY:     */S/  Joe Perdue*
        Mr. Joe Perdue
        THE PERDUE LAW FIRM
        3730 Kirby Drive, Suite 777
        Houston, Texas 77098
        DEFENSE COUNSEL

1

CERTIFICATE OF SERVICE

    I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the Southern District of Texas ECF system on July 9, 2025.

*/s/ R. Bruce Tharpe*
R. Bruce Tharpe