Case 4:25-cv-01760   Document 14   Filed 07/29/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL SAMPSON, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-01760 |
| HERNANDEZ BLANKETS, INC., | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed July 18, 2025, it is hereby ORDERED that this entire action, including all claims that were or could have been asserted by Plaintiff, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 13).

It is so ORDERED.

SIGNED on July 29, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge